# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| WENDY NAVRATIL | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-2614-S-BK |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's Unopposed Motion for Entry of Judgment with Remand [ECF No. 18] is **GRANTED**, the Commissioner's decision is **REVERSED**, and this case is **REMANDED** for further proceedings.

**SO ORDERED.**

SIGNED June 12, 2025.

UNITED STATES DISTRICT JUDGE