# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| WENDY N. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-2614-S-BK |
| | § | |
| COMMISSIONER, SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's Amended Unopposed Application for Attorney Fees Under the Equal Access to Justice Act [ECF No. 27] is **GRANTED** in the amount of $10,000.00.

**SO ORDERED.**

SIGNED April 30, 2026.

UNITED STATES DISTRICT JUDGE